FILED
CLERK, U.S. DISTRICT COURT

AUG 18 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                               DEPUTY

Laura Krank
Attorney at Law: 220208
Law Offices of Rohlfing & Kalagian
211 East Ocean Boulevard, Suite 420
Tel: (562) 437-7006
Fax: (562) 432-2935
E-mail: Laura_RK.office@speakeasy.net
Attorneys for J.F., BY AND THROUGH HIS
GUARDIAN AD LITEM, DENISE FALK

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.F., BY AND THROUGH HIS GUARDIAN AD LITEM, DENISE FALK<br><br>Plaintiff,<br><br>vs.<br>MICHAEL ASTRUE, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,<br><br>Defendant. | Case No.: CV 09-1199 E<br><br>[~~PROPOSED~~] ORDER |

Based upon the parties Stipulation to Dismiss, this matter is hereby dismissed with prejudice.

DATED: 8/18/09

_____
UNITED STATES MAGISTRATE JUDGE

-1-